IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ADAM MARTIN

    Petitioner,

v.

WARDEN HOLT,

    Respondent

No. 3:12-CV-0099

(JUDGE CAPUTO)

(MAGISTRATE JUDGE MANNION)

## ORDER

**NOW** this 3rd day of May 2012, upon review of Magistrate Judge Mannion's Report and Recommendation (Doc. 4) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1)     The Report and Recommendation (Doc. 4) is **ADOPTED.**

(2)     Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is **DISMISSED.**

(3)     Petitioner's Motion for Leave to Proceed in forma pauperis (Doc. 2) is **DENIED.**

(4)     The Clerk of Court is ordered to mark this matter as **CLOSED.**

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge