IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ADAM MARTIN | |
| Petitioner, | No. 3:12-CV-0099 |
| v. | |
| WARDEN HOLT, | (JUDGE CAPUTO) |
| Respondent | (MAGISTRATE JUDGE MANNION) |

### ORDER

**NOW** this 3rd day of May 2012, upon review of Magistrate Judge Mannion's Report and Recommendation (Doc. 4) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1) The Report and Recommendation (Doc. 4) is **ADOPTED.**

(2) Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is **DISMISSED.**

(3) Petitioner's Motion for Leave to Proceed in forma pauperis (Doc. 2) is **DENIED.**

(4) The Clerk of Court is ordered to mark this matter as **CLOSED.**

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge